# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SARAH A. WHEELER, | : | CIVIL ACTION NO. 16cv1159 |
| Plaintiff, | : | |
| | : | JUDGE MARBLEY |
| v. | : | |
| | : | MAGISTRATE JUDGE VESCURA |
| CITY OF COLUMBUS, | : | |
| Defendant | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Sarah Wheeler and Defendant City of Columbus, hereby stipulate to the dismissal of Plaintiff's claims in the above-captioned matter, with prejudice, each party to bear its own fees and costs.

Respectfully submitted

| | |
|---|---|
| By: */s/ Richard N. Coglianese (per-mail consent)* | By: */s/ Samuel M. Schlein* |
| Richard N. Coglianese (0066830) | Samuel M. Schlein (0092194) |
| Jennifer L. Shea   (0085239) | *(sschlein@marshallforman.com)* |
| Assistant City Attorneys | John S. Marshall (0015160) |
| 77 N. Front St., 4 Floor | *(jmarshall@ marshallforman.com)* |
| Columbus, Ohio 43215-9013 | Edward R. Forman (0076651) |
| (614) 645-7385 | *(eforman@ marshallforman.com)* |
| Attorneys for Defendant | MARSHALL AND Forman LLC |
| | 250 Civic Center Dr., Suite 480 |
| | Columbus, Ohio 43215-5296 |
| | (614) 463-9790 |
| | Fax (614) 463-9780 |

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was filed with the Court on this 2nd day of December, 2019 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: */s/ Samuel M. Schlein*
Samuel M. Schlein (0092194)
